# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 242 EAL 2020 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| v. | : | from the Order of the Superior Court |
| IBRAHIM MUHAMMED, | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 243 EAL 2020 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| v. | : | from the Order of the Superior Court |
| IBRAHIM MUHAMMED, | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 244 EAL 2020 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| v. | : | from the Order of the Superior Court |
| IBRAHIM MUHAMMED, | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 20th day of January, 2021, the Petition for Allowance of Appeal is **DENIED**.